| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 1, 2021 |
|---|---|

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ricardo Velasquez,

                **Plaintiff,**

        v.

Zoomies, LLC & 434 Hudson Street, LLC,

                **Defendants.**

1:21-cv-04427-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 14.

**SO ORDERED.**

October 1, 2021
New York, New York

                                              */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**